IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 26-30285 |
| DUSTIN CRAIG BEALBY, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

**EX PARTE MOTION TO EXTEND TIME TO FILE MISSING SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN**

NOW COMES Dustin Craig Bealby, by and through undersigned counsel and hereby respectfully requests that the Court enter an Order extending the time to allow Debtor to file missing schedules. Statements and Chapter 13 Plan as set out herein and hereby shows the Court as follows:

1. This is a Chapter 13 Bankruptcy Case which was filed before this Court on March 10, 2026.

2. Since the filing of the petition, Debtor and Debtor's counsel have been compiling and reviewing necessary information to complete: Form 106 – Individual Summary of Schedules, Schedules A-J, Declaration Concerning Schedules, Statement of Financial Affairs, Fee Disclosure Statement, Local Form 3, Statement of Income and Chapter 13 Plan.

3. The deadline to file the remaining schedules and documents is March 24, 2026.

4. The meeting of creditors has not been scheduled.

5. The Debtor needs additional time to verify the accuracy of the information obtained and to complete and file the necessary schedules and statements.

WHEREFORE, the undersigned hereby requests that the Court enter an order extending the deadline for filing the above-mentioned schedules and statements through and including March 30, 2026.

This the 23rd day of March, 2026.

/s/ Christopher D. Layton
Christopher D. Layton
The Layton Law Firm, PLLC
1001 East Boulevard, Suite B
Charlotte, North Carolina 28203
Telephone: (704) 749-7747
Fax: (704) 612-7039
N.C. State Bar No.: 29314
chris@thelaytonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March, 2026, I electronically filed the foregoing Ex Parte Motion to Extend Time to File Missing Schedules and Statements with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

U.S. Bankruptcy Administrator

Jenny P. Holman
Chapter 13 Trustee

This the 23rd day of March, 2026.

/s/ Christopher D. Layton

Christopher D. Layton
The Layton Law Firm, PLLC
1001 East Boulevard, Suite B
Charlotte, North Carolina 28203
Telephone: (704) 749-7747
Fax: (704) 612-7039
N.C. State Bar No.: 29314
chris@thelaytonlawfirm.com