

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30285
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Dustin Craig Bealby
11207 Chestnut Hill Drive
Matthews, NC 28105
Social Security No.: xxx–xx–4888

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Objection filed in the above referenced case on 04/28/2026 as document(s) # 13 is defective for the reason(s) marked below:

Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 29, 2026                              Christine F Ramsey
                                                   Clerk of Court

Electronically filed and signed (4/29/26)