

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30285
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Dustin Craig Bealby
11207 Chestnut Hill Drive
Matthews, NC 28105
Social Security No.: xxx–xx–4888

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Notice of Hearing filed in the above referenced case on 04/30/2026 as document(s) # 16 is defective for the reason(s) marked below:

Incorrect Zip Code included with Address in Notice.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 1, 2026                                   Christine F Ramsey
                                                     Clerk of Court

Electronically filed and signed (5/1/26)