UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

    DUSTIN CRAIG BEALBY                             CASE NO:  26-30285

                                              Chapter 13

SSN# :   XXX-XX-4888     DEBTOR

### OBJECTION OF TRUSTEE TO CONFIRMATION OF PLAN; MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan of the above -referenced debtor, and moves that the court dismiss the case pursuant to 11 USC Section 1307 (c).

In support of her objection, the trustee would show as follows:

**The proposed plan does not comply with the requirements of 11 USC Section 1325 (a)(6) for the reason that the debtor(s) will not be able to make all payments under the plan and comply with the plan.**

Wherefore, the trustee requests that the court set a hearing on her Objection and Motion, and that it grant such relief as is appropriate and just.

Dated:  June 30, 2026                             JENNY P. HOLMAN
                                              Standing Chapter 13 Trustee
                                              3800 Arco Corporate Dr, Suite 510
                                              Charlotte, NC  28273

**\*\* IMPORTANT INFORMATION ON REVERSE SIDE \*\***

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

    DUSTIN CRAIG BEALBY                         CASE NO:  26-30285

                                        Chapter 13

SSN# :  XXX-XX-4888      DEBTOR

### NOTICE OF OBJECTION OF TRUSTEE TO CONFIRMATION AND MOTION TO DISMISS PLAN

    The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor to object to confirmation and to dismiss the case.

    <u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

    If you do not want the court to grant the relief requested by the trustee in the objection and motion or if you want the court to consider your views on the objection and motion, you or your attorney must file with the court a written response to the objection and motion by July 24, 2026 at the following address:

        CLERK, U.S. BANKRUPTCY COURT
        401 W TRADE ST.
        CHARLOTTE, NC  28202

    If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

    A hearing will be held on the trustee's objection and motion will be held on **August 25, 2026 at 10:00 am** at the following address:

        Charles Jonas Federal Building
        3-Courtroom 2A
        401 West Trade Street
        Charlotte, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and motion and may enter an order granting that relief.

Dated:  June 30, 2026                              JENNY P. HOLMAN
                                                   Standing Chapter 13 Trustee
                                                       3800 Arco Corporate Dr, Suite 510
                                                      Charlotte, NC  28273

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                                                CASE NO:  26-30285
     DUSTIN CRAIG BEALBY

                                             Chapter 13

SSN# :  XXX-XX-4888      DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on  June 30, 2026  via the CM/ECF filing system.  Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: June 30, 2026                                                D. Fey _____
                                                        Office of the Chapter 13 Trustee

AMERICAN EXPRESS NATIONAL BANK AENB, ZWICKER & ASSOCIATES PC, PO BOX 9043, ANDOVER, MA 01810-1041
AMERICAN EXPRESS NATIONAL BANK, BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701
AMERICAN EXPRESS NATIONAL BANK, C/O BECKET & LEE LLP, PO BOX 3001, MALVERN, PA 19355
AMERICAN EXPRESS, 200 VESEY ST, NEW YORK, NY 10285-3106
BANK OF AMERICA NA, PO BOX 15102, WILMINGTON, DE 19886
BANK OF AMERICA NA, PO BOX 673033, DALLAS, TX 75267
BANK OF AMERICA, NC4-105-03-14, PO BOX 26012, GREENSBORO, NC 27420
BANK OF AMERICA, PO BOX 15019, WILMINGTON, DE 19886
BARCLAYS BANK DELAWARE, PO BOX 8801, WILMINGTON, DE 19899
BORIS YANKOVICH, DOVER CAPITAL, LLC, 1 WORLD TRADE CENTER, STE 8500, NEW YORK, NY 10007
CAPITAL ONE NA, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
CAPITAL ONE NA, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 71083, CHARLOTTE, NC 28272
CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130
CAROLINA RENOVATION WAREHOUSE, 318 E MAIN ST, LINCOLNTON, NC 28092
CF SOFI 1 UPSIZE HOLDINGS LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, NC 29603-0587
CHARLOTTE CHECKERS, 501 S COLLEGE STREET, CHARLOTTE, NC 28202
CHASE AUTO FINANCE, 700 KANSAS LANE, LA4-4025, MONROE, LA 71203
CHASE CARDMEMBER SERVICES, PO BOX 6294, CAROL STREAM, IL 60197-6294
CHESTNUT PROPERTY HOLDINGS LLC, 11207 CHESTNUT HILL DRIVE 247, MATTHEWS, NC 28105
CHRISTOPHER D LAYTON (served electronically)
CITIBANK NA, 5800 S CORPORATE PL, SIOUX FALLS, SD 57108-5027
CITIBANK NA, ATTN BANKRUPTCY DEPT, PO BOX 790046, SAINT LOUIS, MO 63179-0046
CITIBANK NA, C/O NEWREZ LLC, PO BOX 10826, GREENVILLE, SC 29603
CITIBANK NA, EXCEPTION PAYMENTS, 4674 HOUSTON RD, FLORENCE, KY 41042
CITY COUNTY TAX COLLECTOR, ATTN: VIVIANNE BOLDEN, PO BOX 31637, CHARLOTTE, NC 28231
COMENITY BANK, PO BOX 182125, COLUMBUS, OH 43218
CORPORATION SERVICE COMPANY, PO BOX 2576, SPRINGFIELD, IL 62708
DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130
DISCOVER PERSONAL LOAN, PO BOX 30954, SALT LAKE CITY, UT 84130
DOVER CAPITAL, 2926 AVENUE L, 2ND FLOOR, BROOKLYN, NY 11210
DOVER CAPITAL, REGAIN GROUP LLC, 1 WORLD TRADE CENTER, STE 8500, NEW YORK, NY
DUSTIN CRAIG BEALBY, 11207 CHESTNUT HILL DR, MATTHEWS, NC 28105
FIRSTMARK SERVICES, 121 SOUTH 13TH STREET, LINCOLN, NE 68508
GASTON COUNTY TAX COLLECTOR, PO BOX 1578, GASTONIA, NC 28053-1578
GOLDMAN SACHS BANK USA, ATTN BANKRUPTCY DEPT, PO BOX 70379, PHILADELPHIA, PA 19176
GREENSKY FINANCIAL, 1797 NE EXPRESSWAY, ATLANTA, GA 30329
GREENSKY, 5565 GLENRIDGE CONNECTOR, ATLANTA, GA 30342
HEADWAY CAPITAL LLC, 175 W JACKSON BLVD, STE 1000, CHICAGO, IL 60604
HEADWAY CAPITAL LLC, 175 W JACKSON BLVD, SUITE 600, CHICAGO, IL 60604
HEADWAY CAPITAL LLC, 2975 REGENT BLVD, SUITE 1000, LOCKBOX SERVICES 206756, IRVING, TX 75063
HILL WALLACK LLP, 261 MADISON AVENUE 9TH FLOOR, NEW YORK, NY 10016

HYUNDAI CAPITAL AMERICA, HYUNDAI LEASE TITLING TRUST, PO BOX 20825, FOUNTAIN VALLEY, CA 92728
I LEND-ADVANCE, 333 PEARSALL AVENUE, STE 105, CEDARHURST, NY 11516
I LEND-ADVANCE, C/O KAMINSKI LAW PLLC, PO BOX 247, GRASS LAKE, MI
I-LEND ADVANCE, 99 WALL STREET, NEW YORK, NY 10005
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
INTUIT FINANCING INC, C/O WELTMAN WEINBERG & REIS CO LPA, 5990 WEST CREEK ROAD, STE 200, INDEPENDENCE, OH 4
INTUIT FINANCING INC, C/O WELTMAN WEINBERG & REIS CO LPA, PO BOX 93784, CLEVELAND, OH 44101
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-2813
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302
JPMC, c/o NATIONAL BANKRUPTCY SVCS, LLC, PO BOX 9013, ADDISON, TX 75001
JPMORGAN CHASE BANK NA, S/B/M/T CHASE BANK USA NA, PO BOX 15368, Wilmington, DE 19850
LIBERTY ADVANCE, 180 MAINDEN LANE, 10TH FLOOR, NEW YORK, NY 10038
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
MACY DSNB, 9111 DUKE BLVD, MASON, OH 45040
MOHELA/NAVIENT, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005
NAVIENT SOLUTIONS INC, PO BOX 9640, WILKES BARRE, PA 18773
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
NELNET, PO BOX 82505, LINCOLN, NE 68501
NEWREZ LLC, PO BOX 10826, GREENVILLE, SC 29603
NICOLE BEALBY, 11207 CHESTNUT HILL DRIVE, MATTHEWS, NC 28105
NORTH AMERICAN PRIMO, 6606 FM 1488, STE 143 #368, MAGNOLIA, TX 77354
NOVUS CAPITAL, 970 LAKE CARILLON DRIVE, SAINT PETERSBURG, FL 33716
OVERTON FUNDING LLC, C/O KAMINSKI LAW PLLC, PO BOX 247, GRASS LAKE, MI 49240
OVERTON FUNDING, LLC, 2802 NORTH 29TH AVENUE, HOLLYWOOD, FL 33020
PINNACLE BANK, 21 PLATFORM WAY S, STE 2300, NASHVILLE, TN 37203
PINNACLE BANK, A TENNESSEE BANK, C/O ALAN B POWELL, ROBERSON HAWORTH & REESE PLLC, PO BOX 1550, HIGH POIN
27261
PNC MORTGAGE, ATTN BANKRUPTCY DEPT, 8177 WASHINGTON CHURCH RD, DAYTON, OH 45458
ROCKET MORTGAGE, 1050 WOODWARD AVE, DETROIT, MI 48226
ROWAN ADVANCE GROUP LLC, 69 MARSHALL DRIVE, EDISON, NJ 08817
ROWAN ADVANCE GROUP LLC, C/O KAMINSKI LAW PLLC, PO BOX 247, GRASS LAKE, MI 49240
SANTANDER CONSUMER USA INC, DBA CHRYSLER CAPITAL/CCAP AUTO LEASE LTD, PO BOX 961275, FORT WORTH, TX 7616
SANTANDER CONSUMER USA INC, PO BOX 961278, FORT WORTH, TX 76161
SANTANDER CONSUMER USA, PO BOX 961211, FORT WORTH, TX 76161
SOFI BANK NATIONAL ASSOCIATION, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
SOFI, FIRSTMARK SERVICES, PO BOX 82522, LINCOLN, NE 68501
SQUARE ADVANCED, 90 EAST HALSEY ROAD, PARSIPPANY, NJ 07054
SUPREME COURT FOR THE STATE OF NEW YORK, COUNTY OF KINGS, 360 ADAMS STREET, ROOM 189, BROOKLYN, NY 1120
SYNCHRONY BANK, PO BOX 965060, ORLANDO, FL 32896
SYNCHRONY BANK, PO BOX 965065, ORLANDO, FL 32896
TRUIST BANK, 214 N TRYON ST, STE 3, CHARLOTTE, NC 28202
TRUIST BANK, ATTN BANKRUPTCY DEPT, 200 PINE ST W, WILSON, NC 27893
UNITED FIRST LLC 416607, 27-01 QUEENS PLAZA NORTH, STE 802, LONG ISLAND CITY, NY 11101
UNITED FIRST LLC 416607, C/O KAMINSKI LAW PLLC, PO BOX 247, GRASS LAKE, MI 49240
WEIN LAW FIRM, 333 PEARSALL AVENUE, STE 130, CEDARHURST, NY 11516
WELLS FARGO BANK NA, PO BOX 393, MINNEAPOLIS, MN 55480
WELLS FARGO, PO BOX 71092, MAC D1127-028, CHARLOTTE, NC 28272
X CAPITAL GROUP CORP, 100 CEDARHURST AVE, STE 200, CEDARHURST, NY 11516
X CAPITAL GROUP CORP, C/O KAMINSKI LAW PLLC, PO BOX 247, GRASS LAKE, MI 49240

Total Served:90