**Local Form 1** **September 2021**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
***CHARLOTTE* DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy Case No. 26-30285 |
| DUSTIN CRAIG BEALBY, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY FOR HEARING**

**NO PROTEST NOTICE: NO HEARING WILL BE HELD UNLESS A REQUEST FOR HEARING IS FILED**

**TAKE NOTICE** that Dustin Craig Bealby, by and through undersigned counsel, has filed with the Court an Objection to Claim of Overton Funding, LLC (Claim No. 21) (the "Objection"). A copy of the Objection is attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to order relief sought in the Objection, or if you want the court to consider your views on the objection, then on or before **30 days from the date of this notice**, you or your attorney must do three things:

1. **File a written response with the court requesting that the court hold a hearing and explaining your position. File the response at:**

United States Bankruptcy Court
Charles Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28234-4189

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

U.S. Bankruptcy Administrator, 402 West Trade Street, Charlotte, North Carolina 28202; Fax: 704-350-7577;

Jenny P. Holman, Chapter 13 Trustee, 3800 Arco Corporate Drive, Suite 510, Charlotte, North Carolina 28273; Fax: 704-522-6385; and

Christopher D. Layton, The Layton Law Firm, PLLC, 1001 East Boulevard, Suite B, Charlotte, North Carolina 28203; Fax: 704-612-7039.

3. **Attend the hearing scheduled for September 15, 2026 at 10:00 AM,** United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2A, 401 West Trade Street. Charlotte, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,** and the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This the 31st day of July, 2026.

/s/ Christopher D. Layton
Christopher D. Layton
The Layton Law Firm, PLLC
1001 East Boulevard, Suite B
Charlotte, North Carolina 28203
Tel: 704-749-7747
Fax: 704-612-7039
E-mail: chris@thelaytonlawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy Case No. 26-30285 |
| DUSTIN CRAIG BEALBY, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

**OBJECTION TO PROOF OF CLAIM FILED BY OVERTON FUNDING, LLC (CLAIM NO. 21)**

NOW COMES Dustin Craig Bealby ("Debtor"), by and through undersigned counsel and pursuant to 11 U.S.C. §502 and Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure and hereby objects to Claim No. 21 filed by Overton Funding, LLC (hereinafter, "Claimant"), and respectfully shows the Court as follows:

1. The Debtor is the owner of Carolina Renovation Warehouse, LLC ("CRW"), a debtor in a Chapter 11 proceeding currently pending before this Court, Case No. 26-40048 (the "CRW Case").

2. On May 14, 2026, Claimant filed Claim No. 21 in this case, asserting a general unsecured claim in the amount of $469,022.90 for "Breach of Performance Guaranty." Attached to the Claim are two separate Standard Merchant Cash Advance Agreements between Claimant and CRW. The agreement dated June 30, 2025, shows a Receivables Purchased Amount of $409,500.00 with a Purchase Price of $315,000.00 ("First Agreement") and the agreement dated December 10, 2025 shows a Receivables Purchased Amount of $297,250.00 with a Purchase Price of $205,000.00 ('Second Agreement") (collectively, "Agreements").

3. The same Agreement and debt are subject to Claim No. 35 in the pending Chapter 11 case of Carolina Renovation Warehouse, LLC, Case No. 26-40048 (Case No. 26-40048) (the "CRW Case"). On May 23, 2026, CRW filed an Objection to the Claim of Claimant stating that it was liable for preference and/or fraudulent transfer claims and subject to disallowance pending resolution of those claims. Any reduction of the underlying debt in CRW necessarily reduces or eliminates the Debtor's guaranty liability to Claimant and allowing Claimant's claim in this case while the underlying debt remains disputed and subject to an unresolved objection, avoidance and potential distribution from the Chapter 11 case creates the potential for Claimant to recover more than it is owed between the two estates.

4. Bankruptcy Rule 3001(c)(2) requires that where a claim includes interest, fees, expenses or other charges incurred before the petition date, the Claimant must file a statement itemizing those amounts. The Claimant checks "No" in response to whether the claimed amount includes interest or other charges yet provides no itemization reconciling the claim amount asserted against either Agreement, does not include the accounting of "Additional Fees" under Section 2 and does not account for amounts already collected through weekly ACH of $6,299.00

under the First Agreement or $12,999.00 under the Second Agreement. Without such itemization, the Debtor is unable to verify the claim asserted is an accurate calculation of any amount due under the Agreement.

5. Should the Objection to the claim be denied or overruled, the Debtor reserves the right to object to such claim on other grounds subsequently determined to be appropriate, regardless of the occurrence of any deadline for filing objections to claims or for initiating avoidance actions.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order disallowing Claim No. 21 of Overton Funding, LLC in its entirety, or in the alternative, reduce and/or condition the allowance as set forth herein and granting such further and other relief as the Court deems just and proper.

This the 31st day of July, 2026.

/s/ Christopher D. Layton
Christopher D. Layton
The Layton Law Firm, PLLC
1001 East Boulevard, Suite B
Charlotte, North Carolina 28203
Tel: 704-749-7747
Fax: 704-612-7039
E-mail: chris@thelaytonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2026, I electronically filed the Objection to Proof of Claim filed by Overton Funding, LLC with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

U.S. Bankruptcy Administrator

Jenny P. Holman
Chapter 13 Trustee

This is to further certify that the undersigned has this date served the foregoing Objection to Proof of Claim filed by Overton Funding, LLC on the following persons, by depositing a copy thereof, in a post-paid first-class envelope, in a Post Office depository, properly addressed to each such party:

Overton Funding, LLC
c/o Kaminski Law PLLC
Post Office Box 247
Grass Lake, MI 49240

Overton Funding, LLC
2802 North 29th Avenue
Hollywood, Florida 33020

This the 31st day of July, 2026.

/s/ Christopher D. Layton
Christopher D. Layton
The Layton Law Firm, PLLC
1001 East Boulevard, Suite B
Charlotte, North Carolina 28203
Tel: 704-749-7747
Fax: 704-612-7039
E-mail: chris@thelaytonlawfirm.com