FILED & JUDGMENT ENTERED
Christine F. Ramsey

August 31 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| In re: | |
| | Chapter 13 |
| DUSTIN CRAIG BEALBY, | |
| | Case No.: 26-30285 |
| Debtor. | |

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION**

THIS MATTER comes before the Court on the Obejction to Confirmation (the "Objection") filed by Santander Consumer USA Inc. dba Chrysler Capital ("Santander"). Based upon the consent, stipulation, and agreement of Santander and the Debtor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Santander's Claim (Claim No. 7-1) shall be paid according to the Debtor's Amended Chapter 13 Plan (Dkt. 21) except that the Claim shall be paid at 8.75%, according to *Till.*

[SIGNATURES OF COUNSEL ON FOLLOWING PAGE]

WE CONSENT:

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR
N.C. State Bar No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
Email: Dorie.Arthur@wbd-us.com

*Attorneys for Santander*

By: /s/ Christopher Damon Layton
CHRISTOPHER DAMON LAYTON
N.C. State Bar No. 29314
The Layton Law Firm, PLLC
1001 East Boulevard, Suite B
Charlotte, NC 28203
704-749-7747
Fax : 704-612-7039
Email: chris@thelaytonlawfirm.com

*Attorney for the Debtor*

NO OBJECTION:

By: /s/ Jenny P. Holman
Jenny P. Holman
Office of the Chapter 13 Trustee -Charlotte
3800 Arco Corporate Drive
Suite 510
Charlotte, NC 28273
704-372-9650

*Trustee*

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**