FILED & JUDGMENT ENTERED
Christine F. Ramsey

October 16 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy Case No. 26-30285 |
| DUSTIN CRAIG BEALBY, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**ORDER ON OBJECTION TO CLAIM OF OVERTON FUNDING, LLC**

THIS MATTER came on before the Court upon the Objection to Claim of Overton Funding, LLC [Dkt. 42] filed on July 31, 2026 and the Amended Notice of Opportunity for Hearing [Dkt. 58] filed on September 1, 2026 (the "Objection") by Dustin Craig Bealby (the "Debtor"). It appears that notice was proper, the deadline to respond to the Objection has expired and no response or request for hearing was filed.

IT IS THEREFORE ORDERED that the Proof of Claim filed by Overton Funding, LLC, in the amount of $469,022.90 [Claim No. 21] filed in the above-captioned case is hereby DISALLOWED in its entirety and the Objection is sustained.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court